UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GEVORK GUYUMDZHYAN,

                                    Petitioner,

v.

GREGORY J. ACRHAMBEAULT, San Diego Field Office Director, U.S. Immigration and Customs Enforcement; MADISON SHEAHAN, Deputy Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States; and DOE 1, Warden of Otay Mesa Detention Center, in their official capacities,

                                    Respondents.

Case No.:  26-CV-269 TWR (BJW)

**ORDER GRANTING PETITIONER'S *EX PARTE* MOTION TO APPEAR REMOTELY**

(ECF No. 4)

Presently before the Court is  Petitioner Gevork Guyumdzhyan's *Ex Parte* Motion to Appear Remotely ("Mot.," ECF No. 4) for the Show Cause Hearing set for January 22, 2026.  Petitioner is represented by Mher Cholakhyan, who resides in Santa Clarita, California, and will be appearing remotely in two other hearings before the Otay Mesa Detention Court.  (*See id.* at 1.)  Good cause appearing, the Court **GRANTS** the Motion.

1

Mr. Cholakhyan may use the following teleconference information for the hearing set for January 22, 2026, at 1:30 p.m.:

Dial-in Number:   (619) 657-0677

Access Code:       246 914 151#

**IT IS SO ORDERED.**

Dated:  January 20, 2026

Honorable Todd W. Robinson
United States District Judge

26-CV-269 TWR (BJW)